IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW J. ROMERO, et al.,** | : |
| **Plaintiffs** | : CIVIL NO. 1:13-CV-00591 |
| v. | : (Judge Kane) |
| **WARDEN ROY JOHNSON, et al.,** | : |
| **Defendants** | : |

**ORDER**

**NOW, THEREFORE, THIS 20th DAY OF MARCH, 2015,** upon consideration of Defendants' Motion to Dismiss (Doc. No. 47) and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1) The Motion to Dismiss is **GRANTED** in part and **DENIED** in part as follows:

a) Plaintiffs' Fourteenth Amendment claim of denial of due process due to the denial of prison grievance forms is **DISMISSED** with prejudice.

b) Plaintiffs' Fourteenth Amendment claim of racial discrimination is **DISMISSED** without prejudice.

c) Defendants' motion to dismiss Plaintiffs' Eighth Amendment claim of cruel and unusual punishment is **DENIED**.

d) Defendants' motion to dismiss Plaintiffs' First Amendment claim of retaliation is **DENIED**.

2) Defendants shall file an answer as to the remaining claims in the complaint within twenty (20) days from the date of this Order.

s/ Yvette Kane
YVETTE KANE
United States District Judge
United States District Court
Middle District of Pennsylvania
