```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA
```

**MATTHEW J. ROMERO, et al.,** :
                                :
    **Plaintiff**     :   No. 1:13-CV-00591
                                :
  **vs.**                :   (Judge Kane)
                                :
**WARDEN ROY JOHNSON, et al.,** :
                                :
    **Defendants**    :

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The complaint as it relates to Plaintiff Jefferson is dismissed for failure to prosecute and abide by a court order.

2. The Clerk of Court shall close this case.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.


                              S/ Yvette Kane
                              Yvette Kane
                              United States District Judge


Date:   December 8, 2015